_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 19, 2021

BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Admitted Pro Hac Vice*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Attorneys for ACF FINCO I, LP*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| RED ROSE, INC., et al., | Jointly Administered in the United States Bankruptcy Court for the District of Nevada Under |
| Debtors. | |
| | Case No. BK-S-20-12814-mkn |
| ACF FINCO I, LP, | Adv. Pro. No. 21-01158-mkn |
| Plaintiff, | |
| v. | |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO. INC., | |
| Defendant. | |

**ORDER DISMISSING ADVERSARY PROCEEDING AND**
<u>**VACATING ALL HEARINGS**</u>

ACF Finco I, LP ("Plaintiff") and American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co. ("Defendant"), by and through their respective undersigned counsel, entered into that certain *Stipulation Dismissing Adversary Proceeding and Vacating All Hearings* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the Adversary Proceeding is hereby dismissed with prejudice, with each party to bear its own attorney's fees, expenses, and costs.

IT IS FURTHER ORDERED that all hearings in the Adversary Proceeding are hereby vacated, including without limitation, the status hearing scheduled for March 10, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| BANKRUPTCY RECOVERY GROUP, LLC | LARSON & ZIRZOW |
| By: */s/ Talitha Gray Kozlowski*<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>GARRETT NYE, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for ACF Finco I, LP* | By: */s/Matthew C. Zirzow*<br>MATTHEW C. ZIRZOW, ESQ.<br>850 E. Bonneville Avenue<br>Las Vegas, Nevada 89101<br>*Attorneys for American Builders & Contractors Supply Co., d/b/a ABC Supply Co. Inc.* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.